JS-6

FILED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAYMOND D. CLARK, JR., <br> Plaintiff, <br> v. <br> ERIC EDWARDS, et al., <br> Defendants. | Case No. CV 07-7487-RGK (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 01·17·08

R. Gary Klausner
United States District Judge